■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTHONY KIRKLAND, Appellant. [636 NYS2d 687] —Judgment reversed on the law, motion to preclude identification evidence granted and new trial granted. Memorandum: The CPL 710.30 notice served upon defendant failed to apprise him of the time, place and manner in which the identification of defendant was made *(see, People v Lopez,* 84 NY2d 425, 428). That defect could not be cured by discovery provided the day after arraignment *(see, People v Lopez, supra,* at 428-429; *People v Scott,* 222 AD2d 1004 [decided herewith]). Furthermore, defendant did not waive his right to preclusion by subsequently moving for suppression of the identification testimony or by participating in the *Wade* hearing *(see, People v Merrill,* 212 AD2d 987, *lv granted* 87 NY2d 1027; *People v Scott, supra).*

Green, J. P., Pine and Boehm, JJ., concur; Wesley and Balio, JJ., concur on constraint of *People v Merrill* (212 AD2d 987, *lv granted* 87 NY2d 1027). (Appeal from Judgment of Monroe County Court, Marks, J.—Grand Larceny, 4th Degree.) Present—Green, J. P., Pine, Wesley, Balio and Boehm, JJ.